[No. 6848–6–II.   Division Two.   May 2, 1985.]

DERROL H. COOPER, *Appellant,* v. THE CITY
OF TACOMA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–02285–9, Thomas A. Swayze, Jr., J.,
entered January 7, 1983. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 6293–7–III.   Division Three.   May 2, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
MICHAEL MULLINS, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4613, Fred R. Staples, J., entered
January 20, 1984. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 5609–1–III.   Division Three.   May 2, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CAMILLE
MOONEY, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4524, Yancey Reser, J., entered January 10, 1983. *Denied* by unpublished per curiam opinion.

[No. 6747–1–II.   Division Two.   May 3, 1985.]

JEFFREY A. PEDERSEN, ET AL, *Appellants,* v. JAY
SEVERSON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81–2–00960–5, Donald H. Thompson,· J.,
entered November 5, 1982. *Reversed* and *remanded* by
unpublished opinion per Alexander, J., concurred in by
Worswick, C.J., and Reed, J.